UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN DEON JOHNSON,

    Petitioner,

v.

    Case No.: 1:13-cv-338

    HONORABLE PAUL L. MALONEY

CINDI S. CURTIN,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that petitioner's motion for a stay of proceedings (ECF No. 12) is **DENIED**.

Dated: October 8, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge