UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN DEON JOHNSON,

        Petitioner,                Case No. 1:13-cv-338

v.                                    Honorable Paul L. Maloney

CINDI S. CURTIN,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for hearing (ECF No. 104) is **DENIED** as moot.

Dated:   January 11, 2017             /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                        United States District Judge