UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN DEON JOHNSON,

        Petitioner,        Case No. 1:13-cv-338

v.        Honorable Paul L. Maloney

CINDI S. CURTIN,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DENIED** with prejudice because it fails to raise a meritorious federal claim.

Dated:  January 11, 217        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge